IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE S. MARKS**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNIQUE LIFESTYLE VACATIONS, LLC**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-4915-KSM** |

**ORDER**

AND NOW, this 22nd day of November, 2021, upon consideration of Plaintiff's Motion for Default Judgment against Defendant Unique Lifestyle Vacations (Doc. No. 16), following a hearing on the motion, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion for default judgment is **DENIED without prejudice**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.