# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE S. MARKS**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNIQUE LIFESTYLE VACATIONS, LLC**,<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 20-4915-KSM** |

## ORDER

**AND NOW**, this 5th day of May, 2023, upon consideration of Plaintiff's second motion for default Judgment against defendant Unique Lifestyle Vacations (Doc. No. 45), following a hearing on the motion, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion for default judgment is **DENIED**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
KAREN SPENCER MARSTON, J.