# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE S. MARKS**, <br><br> Plaintiff, <br><br> v. <br><br> **UNIQUE LIFESTYLE VACATIONS, LLC,** <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-4915-KSM** |

## ORDER

**AND NOW**, this 7th day of July 2023, upon consideration of Plaintiff Bruce S. Marks's Motion for Leave to File a Third Amended Complaint (Doc. No. 52), it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.