IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE S. MARKS,**  Plaintiff,  v.  **UNIQUE LIFESTYLE VACATIONS, LLC,** et al.,  Defendants. | CIVIL ACTION  NO. 20-4915-KSM |

## ORDER

**AND NOW**, this 11th day of March 2024, after considering Plaintiff's Motion for Default Judgment (Doc. No. 65), and the arguments made by Plaintiff's counsel during oral argument on March 6, 2024; and the Clerk of Court having previously entered default against Defendant Unique Lifestyle Vacations, LLC for failure to appear (Doc. No. 63); and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED** and **FINAL JUDGMENT** in the amount of **Twelve Thousand Dollars ($12,000.00)** shall be entered against Defendant Unique Lifestyle Vacations, LLC and in favor of Plaintiff Bruce S. Marks.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.